CAUSE NO. 114-1144-13

IN THE COURT OF
CRIMINAL APPEALS
OF THE
STATE OF TEXAS

ORIGINAL

1527-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

FERNANDO SAUCEDO

VS.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

PETITION IN CAUSE NUMBER 114-1144-13 FROM THE COURT OF SMITH COUNTY TEXAS AND THE COURT OF APPEALS FOR THE 114TH SUPREME JUDICIAL DISTRICT OF TEXAS

## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS OF TEXAS

I FERNANDO SAUCEDO AM HEREBY PETITIONING THE COURT TO REVIEW THE JUDGEMENT AFFIRMING THIS CONVICTION FOR THE OFFENSE OF DRIVING WHILE INTOXICATED AS WELL AS THE ENHANCEMET OF HABITUAL OFFENDER AND USE OF A DEADLY WEAPON NAMELY A MOTOR VEHICLE IN THE CAUSE NO. 114-1144-13

CC: F S R
11-16-2015

## STATEMENT REGARDING ORAL ARGUMENT

FERNANDO SAUCEDO APPEALS HIS CONVICTION FOR DRIVING WHILE INTOXICATED APPELLANT FILED A BRIEF ASSERTING COMPLIANCE WITH ANDERS V. CALIFORNIA 386 U.S. 738, 87 S.CT. 1396, 18 L.ED. 2D 493 (1967) AND GAINOUS V. STATE, 436 S.W. 2D 137 (TEXAS CRIMINAL APPEALS 1969) WE MODIFY AND AFFIRM AS MODIFIED THE GROUNDS FOR REVIEW SET FORTH IN THIS PETITION CONCERNS THE CONFLICTING OPINIONS OF DIFFRENT COURTS OF APPEALS ON THE SAME POINT OF LAW AND ORAL ARGUEMENT WOULD BE HELPFUL TO THE COURT IN DISTINGUSHING THESE AUTHORITIES AND ARRIVING AT THE APPROACH THAT IS CONSISTENT WITH PRIOR OPINIONS OF THIS COURT

## STATEMENT OF CASE

THE PETITIONER WAS CONVICTED BY A JURY OF THE OFFENSE OF DRIVING WHILE INTOXICATED, HABITUAL ENHANCEMENT, EXHIBITED A DEADLY WEAPON NAMELY A MOTOR VEHICALE AFTER A PLEA OF NOT GUILTY THE PUNISHMENT WAS ASSESSED BY THE JURY AT TWENTY (20) YEARS CONFINEMENT AND A $10,000 DOLLAR FINE CONFINEMENT IN TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISON THIS CONVICTION WAS AFFIRMED BY THE COURT OF APPEALS FOR THE TWELFTH DISTRICT COURT ON OCTOBER 30, 2015 PETITIONER IS ALSO SEEKING A TIME REDUCTION ON HIS SENTENCE AND FINE, ALSO PETITIONER REQUEST TO REVIEW DROP THE USE OF A DEADLY WEAPON NAMELY A MOTOR VEHICLE

## STATEMENT OF PROCEDURAL HISTORY

THE COURT OF APPEALS RENDERED ITS DECISION AFFIMING PETITIONERS CONVICTION ON OCTOBER 30, 2015 NO MOTION FOR REHEARING WAS FILED BY PETITIONER AND THE DECISION OF THE COURT OF APPEALS BECAME ITS FINAL RULING ON OCTOBER 30,2015 THIS PETITION WAS THEN FILED WITH THE CLERK OF THE COURT OF APPEALS WITHIN THIRTY (30) DAYS AFTER SUCH FINAL RULEING TO WIT ON NOVEMBER 16TH, 2015

CC:
11-16-15
F S R

## Ground for Reveiw

The court of appeals erred in holding that the trial court properly refused to grant petitioners request for a instruction on the right to remain silent at trial (Rec 85)

## Ground for Reason for Reveiw

The trial court did not adictaly inform Fernando Saucedo on Miranda Rights and did not provide a translator on his behalf during court process and sentenceing as well a the appointed attorney for Fernando Saucedo did not do the best of his ability on defending Fernando Saucedo due to language barior and petitioners comprehinsun of the charges

## Prayer

For the reason herein alleged, the petitioner was denied a fair trial in cause number 114-1144-13 therefore petitioner prays this court to grant this petition and upon reveiwing the judgement entered below reverse this case and remand it for a new trial

x Fernando Saucedo

x Fernando Saucedo

x 1899582

x Bradshaw State Jail

P.O. Box 9000

Henderson Texas 75653

cc: F S R

11-16-15

CAUSE NO 114-1144-13
IN THE COURT OF
CRIMINAL APPEALS
OF THE
STATE OF TEXAS

FERNANDO SAUCEDO

VS

THE STATE OF TEXAS

PETITION IN CAUSE NO 114-1144-13
FROM THE COURT OF
SMITH COUNTY TEXAS AND THE
COURT OF APPEALS FOR
THE TWELFTH DISTRICT OF TEXAS

## PETITION FOR DISCRETIONARY REVIEW

x Fernando Saucedo
_____
PETITIONER PRO SE

x Fernando Saucedo Regenis
_____
PRINTED NAME

TDCJ # 1899582
_____

TDCJ UNIT BRADSHAW STATE JAIL
_____

Po. Box 9000
_____

HENDERSON TEXAS 75653
_____

CC: F S R

11-16-15

CAUSE NO. 114-1144-13

IN THE COURT OF

CRIMINAL APPEALS
    OF THE
STATE OF TEXAS

FERNANDO SAUCEDO
        VS.
THE STATE OF TEXAS

## APPENDIX

1 COPY OF OPINIONS DELIVERED BY COURT OF APPEALS ON RENDERING JUDGEMENT FOR WHICH DISCRETIONARY REVIEW IS SOUGHT

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT COPIES OF THE ABOVE ENTITLED AND NUMBERED PETITION FOR REVIEW HAVE BEEN SERVED BOTH THE DISTRICT ATTORNEY FOR SMITH COUNTY TEXAS AND THE STATE PROSECUTING ATTORNEY BY DELIVERY IN PERSON OR BY MAIL ON THIS THE 16TH DAY OF NOVEMBER 2015 BY DEPOSITING SAME POSTAGE PAID IN AN OFFICAL DEPOSITORY UNDER CARE AND CUSTODY OF THE US MAIL SERVICE ON THE 16TH DAY OF NOVEMBER 2015 ENCLOSED IN A WRAPPER AND PROPERLY ADDRESSED AS FOLLOWS

COURT OF CRIMINAL APPEALS
PO BOX 12308
AUSTIN TX 78711

x Ferhando Saucedo
x Fernando Saucedo
x 1899582
BRADSHAW STATE JAIL
P.O BOX 9000
HENDERSON TEXAS 75653

CC:    F  S  R
11-16-15

# NO. 12-13-00368-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *FERNANDO SAUCEDO,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Fernando Saucedo appeals his conviction for driving while intoxicated. Appellant's counsel filed a brief asserting compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We modify and affirm as modified.

## BACKGROUND

A Smith County grand jury indicted Appellant for the felony offense of driving while intoxicated. In addition to the offense, the indictment alleged that Appellant was an habitual offender and that he used or exhibited a deadly weapon, namely, a motor vehicle, during the commission of the offense. Appellant pleaded "not guilty" and a jury trial was held. Ultimately, the jury found Appellant "guilty" of the offense and made an affirmative deadly weapon finding. During the punishment phase, the jury found the enhancement paragraph in the indictment "true," and assessed Appellant's punishment at twenty years of imprisonment with a $10,000.00 fine. This appeal followed.

## ANALYSIS PURSUANT TO ANDERS V. CALIFORNIA

Appellant's counsel has filed a brief in compliance with *Anders* and *Gainous*. Counsel states that he has reviewed the appellate record and that he is unable to find any reversible error or jurisdictional defects. In compliance with *Anders*, *Gainous*, and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), counsel's brief presents a thorough chronological summary of the procedural history of the case and further states why counsel is unable to present any arguable issues for appeal.[1] *See Anders*, 386 U.S. at 745, 87 S. Ct. at 1400; *Gainous*, 436 S.W.2d at 138; *see also Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 350, 102 L. Ed. 2d 300 (1988). We have considered counsel's brief and conducted our own independent review of the record. We found no reversible error. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

We note, however, that the trial court's judgment incorrectly reflects a fine of $0.00. We have authority to modify a judgment to speak the truth when we have the necessary information before us to do so. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet. ref'd). The jury assessed Appellant's punishment at twenty years in prison with a $10,000.00 fine. Therefore, the trial court's judgment should be modified to reflect that the fine is $10,000.00.

## CONCLUSION

As required, Appellant's counsel has moved for leave to withdraw. *See In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (en banc). We agree with Appellant's counsel that the appeal is wholly frivolous, and *grant* his motion for leave to withdraw. We *modify* the trial court's judgment to reflect that the fine assessed is $10,000.00, and *affirm* the judgment *as modified*. *See* TEX. R. APP. P. 43.2(b); *Bray v. State*, 179 S.W.3d 725, 726 (Tex. App.—Fort Worth 2005, no pet.) (en banc) (holding that appellate court has authority to reform judgment in *Anders* appeal and affirm judgment as reformed).

Appellant's counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise him of his right to file a petition for

---

[1] Counsel states in his motion to withdraw that he provided Appellant with a copy of his brief. Appellant was given time to file his own brief in this cause. The time for filing such brief has expired, and we have received no pro se brief.

2

discretionary review. *See* TEX. R. APP. P. 48.4; *In re Schulman*, 252 S.W.3d at 411 n.35. Should Appellant wish to seek review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review on his behalf or he must file a petition for discretionary review pro se. Any petition for discretionary review must be filed within thirty days after either the date of this court's judgment or the date the last timely motion for rehearing was overruled by this court. *See* TEX. R. APP. P. 68.2(a). Any petition for discretionary review must be filed with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See In re Schulman*, 252 S.W.3d at 408 n.22.

Opinion delivered October 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 30, 2015

NO. 12-13-00368-CR

**FERNANDO SAUCEDO,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-1144-13)

THIS CAUSE came on to be heard on the appellate record and the brief filed herein; and the same being inspected, it is the opinion of the Court that the trial court's judgment below should be **modified and, as modified, affirmed**.

It is therefore ORDERED, ADJUDGED and DECREED that the trial court's judgment below be **modified** to reflect that the fine assessed is $10,000.00; **and as modified**, the trial court's judgment is **affirmed**; and that this decision be certified to the trial court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

Fernando Saucedo Resendis
T.D.C.J # 1899582
Bradshaw Jail
P-O. Box 9000
HENdERSON. TX. 75653

SHREVEPORT LA 710
17 NOV 2015 PM 1 L



CoVrT oF criminal APPeals
P.o. Box 12308.
AVsTin, Texas 78711.